# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CLARENCE DUNN JR** | **CASE NO. 3:20-CV-01463** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **AMERIHEALTH CARITAS FAMILY OF COMPANIES** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that service of the summons and complaint was not made within 90 days of the institution of this civil action and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety**. This action may be reinstated within thirty (30) days for good cause shown.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

THUS DONE March 16, 2021.

TONY R. MOORE
CLERK OF COURT